■ Louis Wolfson et al., Respondents, v Nassau County Medical Center, Appellant. — In an action to recover damages for medical malpractice, defendant appeals from so much of an order of the Supreme Court, Nassau County (Kelly, J.), dated February 8, 1983, as denied its motion to dismiss the action. The appellant stipulated on oral argument of this appeal that there is no issue regarding proper service of the complaint. Order affirmed, insofar as appealed from, without costs or disbursements. Gibbons, J. P., Bracken, Niehoff and Rubin, JJ., concur.